WILLIAM R. WHITE, as Superintendent of Banks of the State of New York, Appellant, *v.* PEARL ADLER et al., Defendants, and HENRY D. GASNER et al., Respondents.

Submitted June 2, 1941; decided June 12, 1941.

*Henry D. Levy* and *Joseph Katz* for motion.
*Carl J. Austrian* and *Henry L. Bayles* opposed.
Motion denied.